## Commonwealth v. Mitchell, Appellant.

Submitted March 12, 1973. *Robert E.*

734

*Graham, Jr.,* Assistant Public Defender, and *Blake E. Martin,* Public Defender, for appellant; *John R. Walker,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.